UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO.   3:08cv296-H

Removed from Oldham Circuit Court
Civil Action No. 08-CI-00430

BRIAN WITHAM                                                                                                PLAINTIFF

v.                                                        **NOTICE OF REMOVAL**

SWIFT TRANSPORTATION COMPANY, INC.
And
UNKNOWN DEFENDANT (SWIFT DRIVER)                                            DEFENDANTS

** ** ** ** **

For its Notice of Removal of this action from the Oldham Circuit Court to the United States District Court for the Western District of Kentucky at Louisville, Defendant, Swift Transportation Company, Inc., states:

1. On May 8, 2008, Plaintiff, Brian Witham, filed a Complaint in Oldham Circuit Court, Civil Action No. 08-CI-00430.  Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. § 1446(a).

2. Plaintiff, Brian Witham, is and was at all times relevant hereto, including the time of the commencement of civil action number 08-CI-00430, a citizen and resident of the Commonwealth of Kentucky.

3. Defendant, Swift Transportation Company, Inc., is and was at all times relevant hereto, including the commencement of civil action number 08-CI-00231 and the time of the filing of the Notice of Removal, a corporation organized under the laws of

the state of Arizona and having its principal place of business in the state of Arizona. Defendant, Swift Transportation Company, Inc., does not have, and did not have, its principal place of business in the Commonwealth of Kentucky.

4. The citizenship of the Unknown Defendant is disregarded pursuant to Title 28 U.S.C. §1441(a), because the Unknown Defendant is sued under a fictitious name.

5. This action is one that Defendant may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) because this is an action between citizens of different states.

6. The amount in controversy in this action is believed to exceed the sum of $75,000 exclusive of interest and costs.

7. This Notice of Removal is filed within thirty (30) days after Defendant became aware of the removability of this action, as required by 28 U.S.C. § 1446(b).

                Respectfully submitted,

                s/ William T. Donnell
                William T. Donnell
                wdonnell@gsmblaw.com
                Gwin Steinmetz Miller & Baird PLLC
                401 West Main Street, Suite 1000
                Louisville, KY  40202
                (502) 618-5700
                (502 618-5701 facsimile
                *Counsel for Swift Transportation Company, Inc.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, I electronically filed the foregoing notice with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: None.

I further certify that a copy of the foregoing was mailed, postage prepaid delivery, on June 3, 2008, to the following:

Callie E. Walton
Helmers, Demuth & Walton, PLC
429 West Muhammad Ali Boulevard
200 Republic Building
Louisville, KY  40202

John K. Carter
2311 S. Highway 53
P. O. Box 205
La Grange, KY  40031
*Warning Order Attorney*

                                                 s/ William T. Donnell
                                                 *Counsel for Swift Transportation Company, Inc.*

T:\DONNELL\SWIFT\Witham\Notice of Removal to Federal Court.doc