**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
05/16/2008
CT Log Number 513436139

TO: Patricia Irving
Swift Transportation Co., Inc.
2200 S. 75th Ave.
Phoenix, AZ 85043-

RE: **Process Served in Arizona**

FOR: SWIFT TRANSPORTATION COMPANY, INC. (Former Name) (Domestic State: AZ)
Swift Transportation Co., Inc. (True Name)
*According to our records representation services for this entity have been discontinued in this jurisdiction.*

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Brian Witham, Pltf. vs. Swift Transportation Company, Inc., etc., Dft. *Name discrepancy noted.* |
| DOCUMENT(S) SERVED: | Summons, Complaint, First Set of Interrogatories and Request for Production of Documents, Motion, Affidavit, Proposed Warning Order |
| COURT/AGENCY: | Oldham Circuit Court, Commonwealth of, KY Case # 08-CI-00430 |
| NATURE OF ACTION: | Personal Injury - Vehicle Collision - 06/10/2007 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Phoenix, AZ |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 05/16/2008 postmarked on 05/13/2008 |
| APPEARANCE OR ANSWER DUE: | Within 20 days after service, exclusive of the day of service - File Answer // Within 45 Days - Interrogatories, Request for Production |
| ATTORNEY(S) / SENDER(S): | Callie e. Walton
Helmers, Demuth & Walton, PLC
429 W. Muhammad Ali Blvd.
200 Republic Bldg.
Louisville, KY 40202
502 581 0077 |
| ACTION ITEMS: | Telephone, Patricia Irving , 602-477-7191
SOP Papers with Transmittal, via Fed Ex 2 Day , 790507883563
Email Notification, Patricia Irving patricia_irving@swifttrans.com |
| SIGNED: | C T Corporation System |
| PER: | Loren Bates |
| ADDRESS: | 2394 E. Camelback Road
Phoenix, AZ 85016 |
| TELEPHONE: | 602-277-4792 |

Page 1 of 1 / AM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| AOC-105            Doc. Code: CI | | Case No. 08-CI-00430 |
|---|---|---|
| Rev. 1-07 | | Court  ☑ Circuit  ☐ District |
| Page 1 of 1        Ver. 1.02 | | |
| Commonwealth of Kentucky | | County  Oldham |
| Court of Justice   www.courts.ky.gov | | |
| CR 4.02; CR Official Form 1 | CIVIL SUMMONS | |

**PLAINTIFF**

Brian                                             Witham
1002 Cherry Ridge Run

LaGrange                    Kentucky            40031

VS.

**DEFENDANT**

Swift Transportation Company, Inc.
2200 S. 75th Street

Phoenix                     Arizona            85043

Service of Process Agent for Defendant:
CT Corporation System
2394 E. Camelback Road
Phoenix, AZ 85016
Via KY Sec. of State

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified **a legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: 5-8, 2008                                                                        Clerk
                                                 By:                                    D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this _____ day of _____, 2_____.

                                        Served by: _____
                                                   _____ Title

COMMONWEALTH OF KENTUCKY
OLDHAM CIRCUIT COURT
08-CI- OC 430

BRIAN WITHAM,                        PLAINTIFF,

v.              **COMPLAINT**

SWIFT TRANSPORTATION COMPANY, INC.      DEFENDANT.
2200 S. 75th Avenue
Phoenix, AZ 85043
SERVE:     CT Corporation System
2394 E. Camelback Road
Phoenix, AZ 85016
Via:     KY Secretary of State
P.O. Box 718
Frankfort, KY 40602
*Via Certified Mail/return receipt*

FILED
MAY 08 2008
OLDHAM CIRCUIT/DISTRICT COURT
BY _____ D.C.

UNKNOWN DEFENDANT (SWIFT DRIVER)      DEFENDANT.
SERVE:     Warning Order Attorney

*** *** *** ***

Plaintiff, Brian Witham, ("Plaintiff") by counsel, for his Complaint against Defendant, Swift Transportation Company, Inc. ("Defendant Swift") and Unknown Defendant Swift Driver ("Defendant Swift Driver") alleges the following:

1. Plaintiff, Brian Witham, is an individual currently residing in Oldham County, Kentucky, and has been a resident of Kentucky at all times relevant to the allegations contained herein.

2. Defendant Swift Transportation Corporation, ("Defendant Swift") is an Arizona Corporation with its principle place of business located at 2200 S. 75th Avenue, Phoenix, AZ 85043, and was the owner of the Tractor Trailer operated by Unknown Defendant Swift Driver at the time of the motor vehicle collision involved herein.

3.  Unknown Defendant Swift Driver is the unknown driver of the semi-truck involved in this collision. The name and identity of Unknown Defendant Swift Driver is not known to Plaintiff and should be easily and readily be known to Defendant Swift and will be determined through discovery in this action.

4.  This Court has jurisdiction over this matter, and venue is proper in this Court, as Plaintiff's damages exceed the minimal jurisdictional limits of this Court, and the motor vehicle collision giving rise to this action occurred in Oldham County, Kentucky.

5.  On June 10, 2007, Defendant Swift Driver operated the Defendant Swift, MS Carriers semi tractor trailer in Oldham County, Kentucky. Plaintiff was a restrained driver in a 2205 Honda Civic. Defendant Swift Driver operated the semi truck in a negligent manner, and caused injury to the Plaintiff.

6.  Defendant Swift Driver owed a duty to Plaintiff to operate his semi truck in an ordinary and reasonably safe manner which would not cause injury to Plaintiff.

7.  Defendant Swift Driver breached the duty owed to Plaintiff by operating the semi truck in such a negligent manner so as to swerve into Plaintiff's lane causing Plaintiff to collide with a rock wall embankment.

8.  Upon information and belief, Defendant Swift, is or was at the time of the collision, the registered owner of the vehicle driven by Defendant Swift Driver, and employer of Defendant Swift Driver. As such, it is liable to Plaintiff for the damage caused by Defendant Swift Driver as a result of his negligence. Defendant Swift Driver was acting within the scope of his employment and with the authority of Defednant Swift at the time of the collision.

9.  Upon information and belief, Defendant Swift, gave and/or negligently gave Defendant Swift Driver permission to use the semi tractor trailer and is therefore fully responsible for any and all damages resulting from the conduct of Defendant Swift Driver as set out herein.

10. As a direct result of Defendants' negligence, Plaintiff has suffered injury both to his property and to his body, for which Defendants are liable.

11. Plaintiff's injuries are such that he has suffered and will continue to suffer medical expenses in excess of $73,500, pain and suffering, permanent scarring, and an impairment to his ability to function and earn an living for which Defendants are liable to Plaintiff.

**WHEREFORE**, Plaintiff, Brian Witham, respectfully demands that this Court:

1.  Award Plaintiff monetary damages to compensate him for the permanent disfigurement, and impairment of his ability to earn income, past and future medical expenses, and past and future pain and suffering.

2.  Enter a Judgment against Defendants for all damages Plaintiff suffered as a result of Defendant Swift Driver's negligence and Defendant Swift as owner of the tractor trailer operated by Defendant Swift Driver.

3.  Award Plaintiff his costs incurred in bringing this action, including a reasonable fee for his attorneys, as appropriate;

4.  Trial by jury;

5.  Order Pre and Post Judgment interest; and

6.  Award Plaintiff any other relief to which he otherwise appears entitled.

Dated: May __, 2008                             Respectfully submitted,

3

Dated: May 7, 2008

Respectfully submitted,

HELMERS, DEMUTH & WALTON, PLC

By: _____
Callie E. Walton, Esq.
429 W. Muhammad Ali Blvd.
200 Republic Bldg.
Louisville, KY 40202
(502) 581-0077
(502) 587-0078 - Fax
cew@hdwlaw.com
*Counsel for Plaintiff*

W:\Witham.Brian.PltCMPLT.FNL.wpd

COMMONWEALTH OF KENTUCKY
OLDHAM CIRCUIT COURT
08-CI- 00430


FILED
MAY 08 2008
OLDHAM CIRCUIT
BY_____ D.C.

BRIAN WITHAM,

v.   **PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED UPON DEFENDANT SWIFT TRANSPORTATION CO., INC.**

SWIFT TRANSPORTATION COMPANY, INC.
and
UNKNOWN DEFENDANT (SWIFT DRIVER)                    DEFENDANTS.

\* \* \* \* \* \*

The Defendant, Swift Transportation Company, Inc., is hereby notified to answer under oath the following Interrogatories and respond to the Document Requests within forty-five (45) days from service hereof, pursuant to Rules 26, 33 and 34 of the Kentucky Rules of Civil Procedure.

These Discovery Requests shall be deemed continuing. If at any time after the time for answering these Discovery Requests and the completion of trial, Defendant or its counsel discover information responsive to these Discovery Requests, such information shall be supplied to Plaintiff's counsel by supplemental answers to these Discovery Requests.

### DEFINITIONS

With respect to these Discovery Requests the following definitions shall apply:

1. *"Plaintiff"* refers to Plaintiff, Brian Witham;

2. *"You, "Your," or "Defendant Swift"* refers to Defendant, Swift Transportation Company, Inc.

3. *"Defendant Swift Driver"* refers to Defendant Unknown Swift Driver;

4. The term *"Document(s)"* means all original writings or records, handwritten, typed or otherwise reproduced, and any non-identical copy, whether different from the original because

of notes made upon such copy or otherwise, formal or informal, in the possession, custody or control of Defendant Swift regardless of where located, and shall include, but not be limited to: *pictures; photographs; diagrams; written directives; memoranda; minutes; notes of any kind (including stenographic, handwritten, dictated, computerized or otherwise); charts; instructions; notices; pamphlets; records; records reports; taped statements; summaries; or any other writing or record, however produced or reproduced.* In all cases where originals and non-identical copies are not available, or are not in the possession, custody or control of Defendant Swift, *"Document(s)"* shall also mean copies of originals, identical copies and non-identical copies.

## INSTRUCTIONS

1.  If any document encompassed by these Discovery Requests is withheld under a claim of privilege or work-product, furnish a list which identifies each document for which the privilege is claimed and which provides as to each such document the following information:

    a.  The date of that document;

    b.  The identity of each person who signed, prepared or sent that document;

    c.  The identity of each person to whom that document was addressed or by whom that document was received;

    d.  The identity of each person having possession, custody or control of that document;

    e.  The subject matter of that document; and

    f.  The basis upon which the privilege is claimed.

## INTERROGATORIES

1.  Please identify yourself fully, giving your full name, age, residence, business address, occupation, and title.

    ANSWER:

2.  Are you the owner of semi tractor trailers identified in the Complaint which were operating at or about the time and place alleged in the Complaint and as indicated in the attached Police Report (See Exhibit A)?

ANSWER:

3.  Please identify all Defendant Swift Driver(s) that were operating any semi-tractor trailer on the roadway at that same date and time identified in Exhibit A to the Complaint.

ANSWER:

4.  Please identify by name, address and telephone number, each and every driver working for or operating a Defendant Swift tractor trailer in Kentucky on June 10, 2007.

ANSWER:

5.  Please identify by make, model, color, tag and license number, each and every Defendant Swift semi tractor-trailer that was operating in Kentucky on or about June 10, 2007.

ANSWER:

6.  State the names and addresses of all persons known or reasonably thought by you, your agents, or their representatives, to have been a witness to, or to have knowledge of, the occurrence described in the Complaint.

ANSWER:

7. List each and every policy of liability insurance which was in effect at the time of the collision covering you and/or all vehicle(s) owned/or driven by you and/or involved in this collision, and for each, give the following information:

    a. Name and address of the insurance company

    b. Policy number

    c. Limits of liability coverage

ANSWER:


8. Please identify the name and address of each witness that Defendant may call at the trial of this matter.

ANSWER:


9. Please identify each and every witness whom you expect to call as an expert witness at the trial of this action herein, and for each such expert, state the following:

    a. The subject matter upon which each expert is expected to testify;

    b. The substance of the facts and opinions to which each such expert is expected to testify.

    c. A summary of the grounds for any and all opinions held by each such expert.

ANSWER:

10. State in detail your relationship, if any, with the Defendant Swift Driver, identified in the Complaint or herein, including in your Answer, whether he is an employee, independent contractor, owner, or otherwise employed or associated with Swift.

ANSWER:

## REQUEST FOR PRODUCTION OF DOCUMENTS

1. Please produce each and every statement, written or recorded, that you or anyone acting on your behalf have taken from the Plaintiff, Brian Witham, the witnesses or any other person regarding the collision.

RESPONSE:


2. Provide copies of all documents identified and/or referenced in completing Defendant's responses to the foregoing Interrogatories.

RESPONSE:


3. Provide copies of any exhibit you may use at the trial of this matter, including demonstrative exhibits.

RESPONSE:


4. Provide copies of any statements, written or verbal, made by the Defendant Swift Driver and/or any representative of the Defendant Swift regarding the collision.

RESPONSE:

5.  Provide a copy of Defendant Swift policy of automobile insurance in effect at the time of the collision, including, but not limited to, a copy of the declaration page.

**RESPONSE:**


6.  Provide a copy of all Defendant Swift driver logs for June 10, 2007.

**RESPONSE:**


7.  Provide copies of any photograph identified and/or referenced in completing your Answers to the Interrogatories.

**RESPONSE:**


8.  Provide copies of any photo, drawings, sketches, or diagrams identified and/or referenced in completing your Answers to Interrogatories, including such items that depict the vehicle (and any damage thereof), the roadway and/or location of the collision.

**RESPONSE:**


9.  Please provide a copy of any and all documents regarding the Defendant Swift Driver, including, but not limited to, drivers license(s); applications for contracts/employment; contracts/agreements of any type; cost reimbursement records; employee files; tax records; traffic citations and/or records/histories; vehicle load records and histories; road logs, and the like documents.

**RESPONSE:**

10. To the extent not already provided, please provide copies of documents that relate in any way to: (1) the vehicle involved in this litigation; (2) the injuries suffered by Plaintiff or Defendant Swift Driver (if any); (3) Defendant Swift Driver's employment relationship with you; (4) the facts supporting any defense asserted in this litigation; (5) all trip logs, invoices, transportation records of any type; and/or other records regarding loads or deliveries for each vehicle identified in Interrogatories No. 3, 4, or 5; (6) and all trip logs, invoices, etc., employment files, citation records, disciplinary records and the like, for each person identified in Interrogatories No. 3, 4, or 5.

RESPONSE:

Dated: May 7, 2008

Respectfully submitted,

HELMERS, DEMUTH & WALTON, PLC

By: _____
Callie E. Walton
429 W. Muhammad Ali Blvd.
200 Republic Bldg.
Louisville, Kentucky 40202
502-581-0077
502-581-0078 (fax)
E-Mail: cew@hdwlaw.net
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was served upon Defendant, Swift Transportation Corporation with a copy of the Complaint.

HELMERS, DEMUTH & WALTON, PLC

By: _____
Callie E. Walton

W:\Witham,Brian.Pl\discovery.swift

COMMONWEALTH OF KENTUCKY
OLDHAM CIRCUIT COURT
08-CI- OC430

BRIAN WITHAM,             PLAINTIFF,

v.     **MOTION TO APPOINT WARNING ORDER**

SWIFT TRANSPORTATION COMPANY, INC.
and
UNKNOWN DEFENDANT (SWIFT DRIVER)          DEFENDANTS.

\* \* \* \* \* \* \*

Plaintiff, Brian Witham, by counsel, hereby moves the Court to appoint Warning Order Attorney to UNKNOWN DEFENDANT (SWIFT DRIVER), in the above matter. In support of this Motion, Plaintiff's counsel attaches her Affidavit for Warning Order.

Date: May 7, 2008          Respectfully submitted,

HELMERS DEMUTH & WALTON, PLC

By: _____
Callie E. Walton, Esq.
429 W. Muhammad Ali Blvd.
200 Republic Bldg.
Louisville, KY 40202
(502) 581-0077
(502) 581-0078 (fax)
cew@hdwlaw.net
*Counsel for Plaintiff*

W:\Witham,Brian.PI\WRNORD.NMO.wpd



FILED
MAY 0 8 2008
OLDHAM CIRCUIT/DISTRICT COURT
BY_____ D.C.



COMMONWEALTH OF KENTUCKY
OLDHAM CIRCUIT COURT
08-CI- 00430

BRIAN WITHAM,                                                                    PLAINTIFF,

v.    **AFFIDAVIT FOR WARNING ORDER**

SWIFT TRANSPORTATION COMPANY, INC.
and
UNKNOWN DEFENDANT (SWIFT DRIVER)                           DEFENDANTS.

\* \* \* \* \* \* \*

In accordance with 4.05(b), 4.05(e), 4.06(1), and 4.07 of the Kentucky Rules of Civil Procedure, I, Callie E. Walton, Esq., file this affidavit to request this Court to enter the attached Warning Order upon UNKNOWN DEFENDANT (SWIFT DRIVER), in the above-captioned action warning Defendant to appear and defend said action within 50 days and to appoint Warning Order Attorney to Defendant and for this affidavit I, being duly sworn, do hereby state that:

1. I am an attorney licensed to practice law in the Commonwealth of Kentucky;

2. I am a partner with the law firm of Helmers DeMuth & Walton, PLC, whose address is 429 W. Muhammad Ali Blvd., 200 Republic Bldg., Louisville, Kentucky 40202;

3. I represent Plaintiff, who filed a Complaint on or about May 7, 2008, in the Oldham Circuit Court which names Defendant and said Complaint prays for Judgement in the above case;

4. Neither Plaintiff nor Plaintiff's counsel have knowledge of the current whereabouts, name, or current address of UNKNOWN DEFENDANT (SWIFT DRIVER).

5. All efforts have been made to find said Defendant, but said Defendant has not been located.

WHEREFORE, I request that the attached warning order be entered warning UNKNOWN DEFENDANT (SWIFT DRIVER), to appear and defend the above-captioned action within 50 days

and that a warning order attorney(s) be appointed for Defendant, UNKNOWN DEFENDANT (SWIFT DRIVER), in accordance with CR 4.07.

_____
Callie E. Walton, Esq.

COMMONWEALTH OF KENTUCKY    )
                            ) SS.
COUNTY OF JEFFERSON         )

Subscribed and sworn to before me this 7th day of May, 2008, by Callie E. Walton, Esq.

My Commission Expires: 2-8-2010

_____
Notary Public, KY State-at-Large

W:\Witham,Brian.P\WRNORD.NMO.wpd

COMMONWEALTH OF KENTUCKY
OLDHAM CIRCUIT COURT
08-CI-_____

BRIAN WITHAM,                                                                    PLAINTIFF,

v.                          **WARNING ORDER**

SWIFT TRANSPORTATION COMPANY, INC.
and
UNKNOWN DEFENDANT (SWIFT DRIVER)                            DEFENDANTS.

\* \* \* \* \* \* \*

This matter has come before this Court and/or its Clerk in accordance with Rule 4.05(b), 4.05(e), 4.06(1), and 4.07 of the Kentucky Rules of Civil Procedure upon the request and affidavit of Callie E. Walton, Esq., to issue a Warning Order upon the Complaint in the above-captioned action, warning UNKNOWN DEFENDANT (SWIFT DRIVER) to appear and defend said action within 50 days and to appoint warning order attorney(s) for UNKNOWN DEFENDANT (SWIFT DRIVER)

This Court and/or its Clerk, having reviewed the affidavit of Callie E. Walton, Esq., and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that UNKNOWN DEFENDANT (SWIFT DRIVER) shall appear and defend the Complaint in the above-captioned case within 50 days.

**IT IS HEREBY FURTHER ORDERED** that _____ be appointed as a warning order attorney for UNKNOWN DEFENDANT (SWIFT DRIVER) in accordance with CR 4.07.

DATE:_____                    _____
                                               JUDGE, OLDHAM CIRCUIT COURT

cc:   Callie E. Walton, Esq.
      Helmers DeMuth & Walton PLC
      429 W. Muhammad Ali Blvd., S. 200
      Louisville, KY 40202
      *Counsel for Plaintiff*

| | | | | |
|---|---|---|---|---|
| AOC-110<br>Rev. 4-01<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice<br>CR 4.05; 4.07 | Doc. Code: AWOA<br>05/8/2008 03:44 pm<br>Ver. 1.01 | (seal) | APPOINTMENT OF WARNING<br>ORDER ATTORNEY | Case No. 08-CI-00430<br>Court _____<br>County Oldham |

PLAINTIFF

WITHAM, BRIAN

FILED
MAY 08 2008
OLDHAM CIRCUIT/DISTRICT COURT
BY _____ D.C.

DEFENDANT

VS.

SWIFT TRANSPORTATION    UNKNOWN    DRIVER AT

0    0

Not later than fifty (50) days after the date of this Order, the above-named Defendant is warned to appear and answer the Complaint/Petition of the above-named Plaintiff filed against him/her.

HON JOHN CARTER
_____
(Name of Attorney)

(Address)

po box 205

lagrange                         Kentucky               40031

(502) 225-0202
(Phone number)

a regular practicing attorney of this Court, is appointed to correspond with the Defendant, and to inform him/her by mail concerning the pendency and nature of this action, and to file his/her report in the Clerk's office of this Court within fifty (50) days after the date of this Order.

_____5/8_____, 2008

_____, Clerk

You have finished filling out the form electronically. There may still be fields you or the courts need to fill in by hand. Please press the tab key, double check all information, and then click Print.

Page 1 of 1